# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156500(26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRANDON LEWIS CAIN,
        Defendant-Appellant.

SC:  156500
COA:  337966
Wayne CC:  12-005176-FC

_____/

On order of the Chief Justice, the motions of defendant-appellant to file an application for leave to appeal in excess of the page limitation and to submit his pro se pleadings "as is" are DENIED.  The defendant-appellant shall file an application that substantially conforms to the form and page limit restrictions of the court rules on or before October 25, 2017, or the matter will be administratively dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk